UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACIELA WILLIAMS DBA TRI-STAR EVICTIONS,<br><br>Plaintiff,<br><br>v.<br><br>QUARTERSPOT, INC, et al.,<br><br>Defendants. | Case No. 1:19-cv-00936-LJO-EPG<br><br>ORDER RE: NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANT QUARTERSPOT, INC.<br><br>(ECF No. 24) |

On October 29, 2019, Plaintiff, Graciela Williams, doing business as Tri-Star Evictions, and Defendant Quarterspot, Inc., filed a stipulation for dismissal with prejudice of this action as to Defendant Quarterspot, Inc. (ECF No. 24.) In this stipulation, Plaintiff states that she voluntarily dismisses the complaint as against Quarterspot, Inc., with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Defendant Quarterspot, Inc., has not filed either an answer or a motion for summary judgment. Accordingly, in light of Plaintiff's notice of voluntary dismissal, the case has ended and is dismissed with prejudice as to Defendant Quarterspot, Inc., only. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). The Clerk of the Court is respectfully directed to designate on the docket that Defendant Quarterspot, Inc., has been terminated from this action as of the date this order is entered.

IT IS SO ORDERED.

Dated: **October 30, 2019**　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE