**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GRACIELA WILLIAMS, | Case No.: 1:19-cv-0936 JLT EPG |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS DISMISSING THE ACTION WITHOUT PREJUDICE |
| v. | |
| QUARTERSPOT, INC., et al., | (Doc. 30) |
| Defendants. | |

     Graciela Williams initiated this action *pro se*, seeking to establish the rights and duties of the parties related to a loan. (*See* Doc. 1.) The magistrate judge determined Williams failed to prosecute this action and failed to comply with the Local Rules requiring parties to keep the Court informed of a proper mailing address. In addition, the magistrate judge found Williams failed to comply with the Court's order dated July 15, 2019, which indicated the importance of keeping a current address on file for the Court. (*See* Doc. 30 at 1-2, citing Doc. 5-3.) Therefore, the magistrate judge recommended the action be dismissed without prejudice on February 7, 2022. (*Id.* at 3.)

     The Findings and Recommendations were served upon all parties—including the only known address for Williams—and contained notice that any objections were to be filed within fourteen days of service. (Doc. 30 at 3.) In addition, the parties were "advised that failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014); *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991).) The Findings

1

and Recommendations served on Williams were returned as undeliverable on February 9, 2021. To date, no objections have been filed by either party.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court concludes that the magistrate judge's Findings and Recommendations are supported by the record and by proper analysis. Based upon the foregoing, the Court **ORDERS**:

1. The Findings and Recommendations entered on February 7, 2022 (Doc. 30) are **ADOPTED**.
2. This action is **DISMISSED** without prejudice; and
3. The Clerk of Court is directed to close this action.

IT IS SO ORDERED.

Dated:   **March 13, 2022**

UNITED STATES DISTRICT JUDGE